# EXHIBIT 1

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
08/10/2023 at 07:04:24 PM
By: Darmekia Oliver,
Deputy Clerk

Michael Freiman, Esq. (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 917-1022
mike@employlegal.com

Attorney for Plaintiff KAREEM MAVIS

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| KAREEM MAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.: 23CV040447<br><br>**COMPLAINT FOR:**<br><br>1. Discrimination in Violation of FEHA<br>2. Failure to Prevent Discrimination (FEHA)<br>3. Retaliation in Violation of FEHA<br>4. Labor Code s. 98.6<br>5. Labor Code s. 1102.5, 1102.6<br>6. Labor Code s. 6310, 6311<br>7. Labor Code s 233<br>8. Failure to Engage in a Timely Good Faith Interactive Process<br>9. Failure to Provide Reasonable Accommodation<br>10. Wrongful Termination in Violation of Public Policy<br>11. Failure to Pay All Wages Due (Labor Code ss. 201, 202, 203)<br>12. Failure to Reimburse Business Expenses (Labor Code s. 2802)<br>13. Failure to Pay Regular Wages<br>14. Failure to Pay Minimum Wage<br>15. Failure to Relieve for Meal and Rest Breaks<br>16. Failure to Pay Overtime<br>17. Harassment in Violation of FEHA<br>18. Failure to Prevent Harassment in Violation of FEHA<br>19. California Family Rights Act<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff KAREEM MAVIS for its Complaint against Defendants LABORATORY CORPORATION OF AMERICA and DOES 1 through 20, inclusive, hereby complains and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Plaintiff Kareem Mavis was at all times relevant to the matters alleged in this complaint an individual with his residence in California.

2.      Plaintiff is informed and believes and thereon alleges that the fictitiously-named Defendants sued herein as Does 1 through 20 inclusive, and each of them, are in some manner responsible for the occurrences, acts, and omissions alleged herein and that Plaintiff's damages were proximately caused by their conduct. The true names and capacities of such fictitiously-named Doe Defendants, whether individual, corporate, partnership, associate or otherwise, are presently unknown to Plaintiff, and Plaintiff will seek leave of the Court to amend this Complaint to assert the true names and capacities of such fictitiously-named Defendants when the same have been ascertained. For convenience, each reference to the named Defendant herein shall also refer to Does 1 through 20, inclusive.

3.      Plaintiff is informed and believes and thereon alleges that in committing certain acts herein as alleged, some or all of the Defendants herein named were acting as the agents, joint ventures, partners, representatives, subsidiaries, affiliates and/or employees of some or all of the other Defendants, and that some or all of the conduct of such Defendants, as complained of herein, was within the course and scope of such relationship.

4.      Pursuant to Article VI, Section 10 of the California Constitution, subject matter jurisdiction is proper in the Superior Court of California, County of Alameda.

5. Pursuant to Section 395 of the California Code of Civil Procedure, venue is proper in the Superior Court of California for the County of Alameda, because the Defendant conducted business in Alameda County.

**FACTUAL BACKGROUND**

6. Defendants subjected Plaintiff to discrimination/harassment/retaliation on the bases of race, color, ethnicity, ancestry, national origin, medical condition, disability, request for and exercise of reasonable accommodation, request for and exercise of medical leave, request for/exercise of sick time, opposition to discrimination/harassment/retaliation, opposition to/refusal to perform/complaints about violation of the law, opposition to Labor Code violations, and assertion of rights under the Labor Code.

7. Defendants failed to engage in a timely, good faith interactive process and provide reasonable accommodation.

8. Defendants subjected Plaintiff to inferior terms and conditions of employment, suspended Plaintiff's employment, terminated Plaintiff's employment, failed to reinstate Plaintiff to a discrimination free work environment, and subjected Plaintiff to a hostile work environment.

9. Defendants failed to pay Plaintiff all wages due at the time of separation from employment and failed to reimburse expenses incurred for the employer's benefit.

10. Defendants failed to pay Plaintiff minimum wages, regular wages, and agreed upon wages.

11. Defendants failed to pay Plaintiff overtime pay.

12. Defendants failed to relieve Plaintiff for required meal and rest breaks.

13. Plaintiff has received a Right to Sue letter from the California Department of Fair Housing and Employment and has thus exhausted all necessary administrative remedies.

### FIRST CAUSE OF ACTION
### (Discrimination in Violation of FEHA)
### (Against All Defendants)

14. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

15. Defendants' actions constitute discrimination in violation of the Fair Employment and Housing Act ("FEHA").

16. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

17. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

18. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### SECOND CAUSE OF ACTION
### (Failure to Prevent Discrimination in Violation of FEHA)
### (Against All Defendants)

19. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

20. Under FEHA, it is unlawful for an employer to fail to take all reasonable steps to prevent discrimination.

21. Defendants had knowledge and/or reasonable notice of the discrimination that took place against Plaintiff and failed to prevent such.

22. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

23. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

24. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### THIRD CAUSE OF ACTION
### (Retaliation in Violation of FEHA)
### (Against All Defendants)

25. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

26. Defendants' actions constitute retaliation in violation of the Fair Employment and Housing Act ("FEHA").

27. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

28. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

29. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## FOURTH CAUSE OF ACTION
### (Retaliation in Violation of Labor Code s. 98.6)
### (Against All Defendants)

30. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

31. Defendants' actions constitute retaliation in violation of Labor Code s. 98.6.

32. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

33. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

34. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## FIFTH CAUSE OF ACTION
### (Retaliation in Violation of Labor Code s. 1102.5, 1102.6)
### (Against All Defendants)

35. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

36. Defendants' actions constitute retaliation in violation of Labor Code s. 1102.5, 1102.6.

37. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

38. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

39. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## SIXTH CAUSE OF ACTION
(Retaliation in Violation of Labor Code s. 6310, 6311)
(Against All Defendants)

40. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

41. Defendants' actions constitute retaliation in violation of Labor Code s. 6310.

42. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

43. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

44. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## SEVENTH CAUSE OF ACTION
(Violation of Labor Code s. 233)
(Against All Defendants)

45. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

46. Defendants' actions constitute a violation of Labor Code s. 233.

47. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

48. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

49. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## EIGHTH CAUSE OF ACTION
### (Failure to Engage in a Timely Good Faith Interactive Process)
### (Against All Defendants)

50. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

51. Defendants' failed to engage in a timely good faith interactive process in violation of FEHA.

52. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

53. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

54. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## NINTH CAUSE OF ACTION
### (Failure to Provide Reasonable Accommodation)
### (Against All Defendants)

55. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

56. Defendants' failed to provide reasonable accommodation in violation of FEHA.

57. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

58. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

59. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## TENTH CAUSE OF ACTION
### (Wrongful Termination in Violation of Public Policy)
### (Against All Defendants)

60. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

61. Defendants' terminated Plaintiff's employment in violation of public policy.

62. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

63. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

64. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## ELEVENTH CAUSE OF ACTION
(Failure to Pay All Wages Due)
(Against All Defendants)

65. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

66. Defendants' failed to pay Plaintiff all earned wages and other compensation due at the time of separation of employment in violation of Labor Code ss. 201, 202, 203.

67. Plaintiff seeks all available damages and penalties.

## TWELFTH CAUSE OF ACTION
(Failure to Reimburse Business Expenses)
(Against All Defendants)

68. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

69. Defendants' failed to reimburse Plaintiff for expenses incurred for the employer's benefit in violation of Labor Code s. 2802.

70. Plaintiff seeks all available damages and penalties.

## THIRTEENTH CAUSE OF ACTION
(Failure to Pay Regular Wages or Agreed Upon Wages)
(Against All Defendants)

71. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

72. Defendants' failed to pay Plaintiff all earned wages and other compensation in violation of Labor Code ss. 221, 222, 223.

73. Plaintiff seeks all available damages and penalties.

### FOURTEENTH CAUSE OF ACTION
### (Failure to Pay Minimum Wage)
### (Against All Defendants)

74. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

75. Defendants' failed to pay Plaintiff minimum wage.

76. Plaintiff seeks all available damages and penalties.

### FIFTEENTH CAUSE OF ACTION
### (Failure to Relieve for Meal and Rest Breaks)
### (Against All Defendants)

77. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

78. Defendants failed to relieve Plaintiff for meal and rest breaks.

79. Plaintiff seeks all available damages and penalties.

### SIXTEENTH CAUSE OF ACTION
### (Failure to Pay Overtime)
### (Against All Defendants)

80. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

81. Defendants failed to pay Plaintiff overtime wages.

82. Plaintiff seeks all available damages and penalties.

## SEVENTEENTH CAUSE OF ACTION
### (Harassment in Violation of FEHA)
### (Against All Defendants)

83. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

84. Defendants' conduct constitutes harassment in violation of FEHA.

85. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

86. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

87. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## EIGHTEENTH CAUSE OF ACTION
### (Failure to Prevent Harassment in Violation of FEHA)
### (Against All Defendants)

88. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

89. Defendants failed to prevent harassment in violation of FEHA.

90. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

91. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

92. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### NINETEENTH CAUSE OF ACTION
### (California Family Rights Act)
### (Against All Defendants)

93. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

94. Defendants' actions constitute a violation of California Family Rights Act.

95. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

96. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

97. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For payment of earned wages, withheld earnings, and other damages according to proof in an amount to be ascertained at trial;

2. For payment of all statutory obligations and penalties as required by law;

3. For penalties, special damages, compensatory, and general damages in an amount to be proven at trial;

4. For punitive damages as allowed by law;

5. Loss of income incurred and to be incurred according to proof;

6. For reasonable attorneys' fees;

7. For costs of suit incurred herein;

8. For interest provided by law;

9. All damages and penalties provided by law;

10. For restitution and other equitable relief; and

11. For such other and further relief as the court deems just and proper

Dated: August 10, 2023                By:   LAW OFFICE OF MICHAEL FREIMAN

*Michael J. Freiman*
Michael Freiman, Esq.

Attorney for Plaintiff Kareem Mavis

### DEMAND FOR JURY TRIAL

Plaintiff Kareem Mavis demands a jury trial.

Dated: August 10, 2023                By:   LAW OFFICE OF MICHAEL FREIMAN

*Michael J. Freiman*
Michael Freiman, Esq.

Attorney for Plaintiff Kareem Mavis